UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| In Re:<br><br>VESTAR, INC.,<br><br>Debtor | **NOTICE OF APPEARANCE**<br><br>Case No.: 26-17575<br>Chapter 7 |

**PLEASE TAKE NOTICE** that the Trustees of the Special Trades Contracting and Construction Trust does hereby appear in the above-entitled case by and through its undersigned counsel, and does hereby require that copies of all pleadings, papers, and other documents filed on the docket of this case be served upon said undersigned counsel at the office and post office address stated below.

Dated: July 20, 2026

Yours, etc.


MELVIN & MELVIN, PLLC
BY: LOUIS LEVINE, ESQ.
Attorneys for the Trustees of the Special Trades
Contracting and Construction Trust
Office and P.O. Address
217 South Salina Street, Seventh Floor
Syracuse, New York 13202
Telephone: (315) 422-1311
Email: llevine@melvinlaw.com