Armando Pineda
c/o Michael Siegel, Esq.
8218 Roosevelt Ave
Queens NY 11372

Brian Jaggernauth
363 7th Ave, 14th Fl
New York, NY 10001

Janki Jaggernauth
363 7th Ave, 14th Fl
New York, NY 10001

Julio Barrios
300 Jericho Quadrangle, Suite 260
Jericho, NY 11753